UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

JEFFREY E. SMITH,

    Plaintiff,

v.                                        CAUSE NO. 1:19-CV-296 DRL-SLC

LSC COMMUNICATIONS, LLC,

    Defendant.

## ORDER

This matter is before the court following Magistrate Judge Susan Collins' report and recommendation [44], which recommended that this case be dismissed and closed pursuant to the bankruptcy court's decree closing LSC Communication, LLC's Chapter 11 bankruptcy case. The parties agree that this decree permanently enjoins Jeffrey Smith from pursuing his employment discrimination claims against LSC. No objections were filed by the May 16, 2024 deadline. Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety [44] and DISMISSES the case.

    SO ORDERED.

    May 24, 2024                                                         *s/ Damon R. Leichty*
                                                                      Judge, United States District Court